This is to advise that on September 7, 2010

Judge Richard K. Eaton

Issued CONFIDENTIAL Slip Opinion 10-102

In action

Ct. No. 09-00476

Alden Leeds Inc.,
(Plaintiff,)

v.

United States,
(Defendant.)